IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY K. COOK<br><br>Defendant.<br>_____/ | CASE NO. ~~3:12-mj-0005-CMK~~<br>3:12-cr-0004 CMK<br><br>ORDER IMPOSING UNSUPERVISED<br>COURT PROBATION |

The above matter came on regularly for hearing on March 13, 2012, at 1:30 p.m. The defendant entered into an oral agreement with the government providing that upon entry of a plea of guilty or no contest, the government would not seek incarceration or the payment of monetary obligations. The parties agreement provided that the defendant would be placed on unsupervised court probation for a period of six months and during the term of probation the defendant would be precluded from entering lands supervised by the federal government.

Defendant, having entered a plea of guilty to violating 43 CFR 5511.4(b)(1), a Class A misdemeanor, is hereby sentenced to unsupervised court probation for a period of six months. As a special term and condition of probation, defendant is excluded from entering federal lands except for traveling through federal lands to and from private land.

DATED: March 14, 2012

_Craig M. Kellison_
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1